### THE STATE *v.* THE JUDGE OF THE SECOND DISTRICT COURT OF NEW ORLEANS.

A mandamus will not lie where the party has a remedy by appeal.

ON an application for a *mandamus* to the Second District Court of New Orleans, *Lea,* J.   *Livingston,* for the application.

SLIDELL, C. J.   It appearing to the court that no sufficient cause for a *mandamus* having been shown, the party having a remedy by appeal.—See *Succession of Macarty,* 2d Ann. 950.

It is therefore ordered, adjudged and decreed, that the application for a writ of *mandamus* in this case be refused at the appellant's costs.